**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation<br><br>　　　　Plaintiff,<br><br>　　　　　　　　v.<br><br>OLD COUNTRY MILLWORK, INC., a California Corporation; MJC ROOFING INC., a California Corporation; and DOES 1 through 10 inclusive,<br>　　　　Defendants. | Case No.: 2:21-cv-07152-SVW-RAO<br><br>**ORDER**<br><br>Complaint Filed:　September 7, 2021<br>Trial Date:　　　　June 21, 2022 |

## ORDER

The Court, having considered the joint stipulation filed by Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendant OLD COUNTRY MILLWORK, INC. ("OLD COUNTRY") and finding good cause shown therefore:

**IT IS HEREBY ORDERED** that the action is dismissed without prejudice, with each side to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: May 18, 2022

　　　　　　　　　　　　　　　　　　　　　／s／ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　Honorable Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

1

[PROPOSED] ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION